William J. Huff, Appellee, v. Walter J. Cummings et al., Trading as Chicago Surface Lines and Allied Construction Company et al., Defendants. Appeal of Allied Construction Company and George Orlovik, Appellants.

Gen. No. 43,812.

opinion filed February 3, 1947; released for publication February 17, 1947. Eckert & Peterson, for appellants; Walter W. Ross, Jr. .and Owen Rall, of counsel; Michael A. Gerrard, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.